# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Justina Arvizulanza,<br><br>    Plaintiff,<br><br>  v.<br><br>Capstone Logistics, LLC, et al,<br><br>    Defendant(s). | EDCV 18-02234JVS(SHKx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: 10/24/2019

_____
James V. Selna
United States District Judge